UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TGISE CAPITAL LLC, individually and derivatively on behalf of Bella Vista Ansonia LLC, and 153 MAIN STREET LLC,

               Plaintiffs,

v.

VASILIOS LEFKADITIS and SHAW GROWTH VENTURE INC.,

               Defendants,

ENGLANTINA GEGA and JOSEPH GEGA, agent of Sokol Gegaj,

               Counter-Defendants.

No. 25-CV-2130 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 14, 2025, Plaintiffs filed a motion to remand this action. To date, no opposition has been filed. No later than May 5, 2025, Defendants must file an opposition or response to the motion to remand. Plaintiffs' reply, if any, is due by May 12, 2025. If Defendants do not file a response by May 5, 2025, the Court will deem the motion fully briefed.

SO ORDERED.

Dated:    April 28, 2025
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge