

Honorable Judge Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
June 3, 2025

June 2, 2025

RE: **(Case # 1) TGISE Capital LLC et. al. v. Vasilios Lefkaditis et. al**
**Case No.: 1:24-cv-07256**

**(Case #2) TGISE Capital LLC, individually and derivatively on behalf of Bella Vista Ansonia LLC and 153 Main Street LLC v. Vasilios Lefkaditis et. al**
**Case No. 1:25-cv-02130**

Dear Justice Abrams,

I represent Vasilios Lefkaditis ("Lefkaditis"), Shaw Growth Venture Inc.("Shaw Growth"), Anna Lefkaditis ("A. Lefkaditis"), Trivantage Management Corp. ("Trivantage"), George Zouloufis ("G. Zouloufis"), Demetrios Zouloufis ("D. Zouloufis"), Shaw Funding L.P. ("Shaw Funding"), Richard Rebh ("Rebh") (individually a "Defendant" and collectively "Defendants") in Case #1 and Lefkaditis and Shaw Growth in Case #2.

This is to confirm that Defendants' Opposition to Plaintiffs Motion to Dismiss in 24-cv-07256 and Defendants' Opposition to Plaintiffs Motion to Remand in 25-cv-02130 will be due within 10 days of a mediation conference taking place which is to be scheduled at the upcoming Preliminary Settlement Conference.

In that regard, the parties have jointly supplied the Magistrate with a comprehensive background of the issues and are awaiting a new pre-mediation conference date to schedule a mediation.

Thank you in advance for your prompt attention to this matter.

Respectfully,

Ryan D. Mitola, Esq.
Vallely Mitola Ryan PLLC
rmitola@vallelylaw.com